

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT _Knoxville_

_Chucky Lee Hawkins_

_____

_____

Name of plaintiff (s)

v.

_Tennessee Bureau of_

_Investigations_

_____

Name of defendant (s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

(to be assigned by Clerk)

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

_The T.B.I. denied my petition to be removed from the_
_Sex offender Registry. According to 40-39-207 (a) 1-4 (b) (c) 1-3 (d) -(j)_
_Being Convicted of another sex offense or violent sex offense are grounds to do so._

2. Plaintiff, _Chucky Lee Hawkins_ resides at

_920 E lane. Alexander Parkway_, _Maryville_
street address                                                          city

_Blount_ , _TN_ , _37804_ , _____
county          state        zip code        telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

_____

_____

1

3. Defendant, *Tennessee Bureau of Investigation* lives at, or its business is located at

*901 R.S. Gass Boulevard*                    , *Nashville* ,
street address                                                   city
*Nashville*                    , *TN*          , *37216* .
county                          state            zip code

(if more than one defendant, provide the same information for each defendant below)

_____

_____

_____

_____

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and
how each defendant is involved. You may use additional paper if necessary):

I requested to be removed from the Sex Offender Registry
because my 10 yrs is done and my sentence. I was denied,
and was told that me having being convicted of a
Violation of the Sex offender Registry, which was a Class
A misdemeanor, and in the past few years turned into
Class E felonys. No where in TCA 40-39-207 states
that a Violation of the Sex offender Registry is grounds
for denial of Termination. TCA 40-39-207 C-3 states
that Offender has not been convicted of any Additional Sexual or Violent
sexual offenses during the ten year period and the offender has substantially
complied with this part and former part 1 of this chapter.
I have not been convicted or even charged with any
Additional Sexual offense. ² TCA# 40-39-207(c)1-3

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a. *Remove me from the Sex Offender Registry*

b. *Expunge my Sex Offense records According to TCA 40-39-207 (a)(2)*

c. _____

d. _____

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this ___*16th*___ day of ___*April*___, 20*23*

_____
_____
_____

Signature of plaintiff (s)

3

Chucky Hawkins
920 E. Lamar Alexander Parkway
Maryville, TN 37804

THIS SENDER IS AN INMATE
OF A CORRECTIONAL FACILITY

KNOXVILLE TN 377
10 MAY 2023 PM 1 L

FOREVER / USA

United States District Court
800 Market St. Suite 130
Knoxville, TN 37902

RECEIVED

MAY 1 1 2023

Clerk, U. S. District Court
Eastern District of Tennessee

37902-230330