UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CHUCKY LEE HAWKINS, ) | |
| ) | |
| *Plaintiff* ) | |
| ) | Case No. 3:23-CV-166-CLC-DCP |
| v. ) | |
| ) | Judge Curtis L. Collier |
| TENNESSEE BUREAU OF ) | |
| INVESTIGATION, ) | Magistrate Judge Debra C. Poplin |
| ) | |
| *Defendant.* ) | |

## JUDGMENT ORDER

On December 28, 2023, United States Magistrate Judge Debra C. Poplin filed a Report and Recommendation recommending the Court: (1) grant Plaintiff's motion to proceed *in forma pauperis* and (2) dismiss Plaintiff's complaint (Doc. 6 at 1.) No objections to the Report and Recommendation have been filed within the given fourteen days. *See* 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 6(d) (allowing three additional days after service by mail). After reviewing the record, the Court agrees with the magistrate judge's Report and Recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's Report and Recommendation (Doc. 6) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Plaintiff's Motion (Doc 1) to proceed *in forma pauperis* is **GRANTED;**

(2) The Clerk of Court is **DIRECTED** to send a copy of the Report and Recommendation along with this Order to the custodian of inmate accounts at the Blount County Jail;

(3) Plaintiff's Complaint (Doc. 2) is **DISMISSED WITHOUT PREJUDICE**

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   */s/ LeAnna R. Wilson*
  CLERK OF COURT